UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIE THORNTON, | Case No. 22-cv-07071-TLT |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |
| THE UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff's counsel failed to appear at a hearing for Defendant City and County of San Francisco ("City")'s motion to dismiss on May 30, 2023. The City's counsel appeared at the proceeding in compliance with the Court's orders.

Accordingly, the Court **ORDERS** Plaintiff's counsel to show cause why the Court should not impose sanctions for counsel's failure to appear at the hearing and why counsel did not notify the City of their anticipated non-appearance. The City's counsel is invited to provide the Court by **June 13, 2023**, with billing corresponding to the appearance on May 30, 2023.

By **June 13, 2023**, Plaintiff's counsel shall file a declaration under penalty of perjury explaining their non-appearance or inability to have someone appear on their behalf. An order to show cause hearing and a further Case Management Conference is set for **June 29, 2023,** at 2:00 p.m. in San Francisco, Courtroom 9, 19th Floor. Plaintiff's counsel must appear in person at the hearing.

//
//
//
//
//

1    Hearing for the City's motion is rescheduled for **August 8, 2023**, at 2:00 p.m.  Parties must
2 appear in person.
3    **IT IS SO ORDERED.**
4 Dated: May 30, 2023

TRINA L. THOMPSON
United States District Judge